IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAJAT WIRES PRIVATE LIMITED, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| AMERICAN STEEL INDUSTRIES, INC., | : | No. 12-1997 |
| Defendant. | : | |

**ORDER**

AND NOW, on October 21, 2013, in accordance with my accompanying memorandum opinion, it is ORDERED:

(1) Judgment is entered in favor of Plaintiff Rajat Wires Private Limited.

(2) Plaintiffs are awarded $153,618.00 for its breach of contract claim and applicable interest.

(3) This is a final judgment. The Clerk of the Court shall mark this case closed.

BY THE COURT:

_____
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE